UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

VIVIAN JAWORSKY,

                                        Plaintiff,

- against -

THE CITY OF NEW YORK, NYPD POLICE
SERGEANT GIMENEZ, Tax ID No. 933804, and NYPD
POLICE OFFICERS JOHN/JANE DOES NUMBERS 1-10,

                                        Defendants.

-------------------------------------------------------------------x

**NOTICE OF REMOVAL**

Case No. 21 Civ. 3773

Law Dept. No. 2021-001813

**TO:    THE UNITED STATES DISTRICT COURT,
        SOUTHERN DISTRICT OF NEW YORK**

Defendant THE CITY OF NEW YORK (hereinafter "defendant") by and through its attorney, Georgia M. Pestana, Acting Corporation Counsel of the City of New York, respectfully shows this Court as follows:

1.      Plaintiff VIVIAN JAWORSKY filed the above pending action in the Supreme Court of the State of New York, County of New York, under Index No. 153024/2021, naming THE CITY OF NEW YORK, NYPD POLICE SERGEANT GIMENEZ s/h/a SGT. GIMENEZ and NYPD POLICE OFFICERS JOHN/JANE DOES NUMBERS 1-10 as defendants therein, and setting forth the claims for relief upon which the action is allegedly based. A copy of Plaintiff's Summons and Verified Complaint, dated March 20, 2021, is annexed hereto as "Exhibit A."

2.      Upon information and belief, SGT. GIMENEZ was served with the Summons and Verified Complaint in the above-entitled action at C/O PSA-2 25 Central Avenue, Brooklyn, NY 11206, on March 31, 2021. See Affidavit of Service of the Summons and Complaint on Sgt. Gimenez, annexed hereto as "Exhibit B."

3.      Upon information and belief, The City of New York (hereinafter "City") was served with the Summons and Complaint on April 1, 2021, at 100 Church Street, New York, NY 10007. See Affidavit of Service of the Summons and Complaint on the City, annexed hereto as "Exhibit C."

4.      The above-captioned action is a civil action of which the United States District Court has original jurisdiction in that it includes causes of action which arise under the Constitution and laws of the United States, pursuant to 28 U.S.C. § 1331. This action is therefore removable to the United States District Court without regard to the citizenship or residence of the parties.

5.      In the Complaint, Plaintiff brings claims pursuant to 42 U.S.C. § 1983 alleging, *inter alia*, federal claims of false arrest, malicious prosecution, excessive force and municipal liability, all in violation of the First, Fourth and Fourteenth Amendments to the United States Constitution. See "Exhibit A." Plaintiff also asserts state law claims for, *inter alia,* negligence, assault, battery, false arrest and malicious prosecution. See Ex. A.

6.      Defendant SGT. GIMENEZ consents to the removal of this action to the United States District Court for the Southern District of New York. A copy of the Consent to Removal Form of Sgt. Gimenez is annexed hereto as "Exhibit D."

7.      This Notice of Removal is timely because it is being filed within thirty (30) days of service on the City of the Complaint on the City on or about April 1, 2021 and all defendants consent to the removal. See 28 U.S.C. § 1446(b).

8.      The City will promptly file a copy of this Notice of Removal with the Clerk of the state court in which the action has been pending.

9.      The City is unaware of any previous application for the relief requested herein.

**WHEREFORE**, Defendants respectfully requests that the above-captioned action be removed from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Dated:   New York, New York
         April 28, 2021

> GEORGIA M. PESTANA
> Acting Corporation Counsel of the City of New York
> *Attorney for Defendant*
> THE CITY OF NEW YORK
> 100 Church Street
> New York, New York 10007
>
> By:   ANDREW OWEN
>       Unit Chief
>       (212) 356-2109

BY MAIL:
TO:   Caitlin Robin, Esq.
      CAITLIN ROBIN AND ASSOCIATES PLLC
      *Attorneys for Plaintiff*
      VIVIAN JAWORSKY
      30 Broad Street Suite 702
      New York, NY 10004
      (646) 524-6026


      POLICE SERGEANT GIMENEZ
      NYPD – Housing PSA 3
      25 Central Avenue
      Brooklyn, New York 11206